IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLARD E. BERRY,**
**ADC #660408**                                                                                        **PLAINTIFF**

V.                              3:15-cv-0228-KGB-JTK

**ARKANSAS COMMUNITY CORRECTION, et al.**                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be dismissed without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so adjudged this 20th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE

1